**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
901 East Byrd Street, Suite 1000
Richmond, VA 23219
Telephone: (804) 644-1700
Loc.pfeiffer@kutakrock.com
   *Counsel for Bruce E. Robinson, Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE:  PEAK 3 CONSTRUCTION, LLC | Case No. 17-34379-KLP |
| | Chapter 7 |
| Debtor. | |

**TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE BY AUCTION AND
TO PAY COMMISSIONS AND EXPENSES TO AUCTIONEER FROM SALES
PROCEEDS
AND
<u>NOTICE OF MOTION</u>**

Bruce E. Robinson, Trustee for the Bankruptcy Estate (the "Trustee") of Peak 3 Construction, LLC (the "Debtor"), moves to sell certain property of the estate by auction pursuant to 11 U.S.C. §363(b), and to pay the commissions and expenses of the auctioneer pursuant to 11 U.S.C. §330.  The Trustee states the following in support of this Motion:

**Parties and Jurisdiction**

1.    On August 31, 2017, the Debtor filed a voluntary petition in this Court under Chapter 7 of the Bankruptcy Code.

2.    The Trustee is the duly appointed Chapter 7 trustee for the bankruptcy estate.

3.    This proceeding is a core proceeding pursuant to 28 U.S.C. § 157.

4.    The Court has subject-matter and personal jurisdiction over all parties in interest pursuant to 28 U.S.C. § 1334.

5.    Venue lies in this Court pursuant to 28 U.S.C. § 1409.

**Motion to Sell**

6. The Debtor was a general contractor operating in Richmond, Virginia. In the operation of its business, the Debtor owned a vehicle and a trailer (the "Personal Property").

7. The Personal Property constitute property of the estate pursuant to 11 U.S.C. § 541(a) ("The commencement of a case under section 301, 302, or 303 of this title creates an estate. Such estate is comprised of all the following property, wherever located and by whomever held: (1) Except as provided in subsections (b) and (c)(2) of this section, all legal or equitable interests of the debtor in property as of the commencement of the case."). The Trustee confirms there are no liens against the Personal Property.

8. The Trustee is authorized to sell the Personal Property pursuant to 11 U.S.C. § 363(b), which provides:

> The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate, . . .

9. In exercising his business judgment, the Trustee engaged Motley's Asset Disposition Group ("Motley's") to market and to sell the Personal Property by auction. Motley's is a highly qualified auctioneer whose business includes the sale of vehicles and trailers. Motley's will market the Personal Property for an absolute auction. The Trustee proposes to compensate Motley's by paying a twelve percent (12%) commission on the highest bid price for each or all of the Personal Property. Motley's intends to charge a buyer's premium of ten percent (10%), which shall not be part of the highest bid price and which shall be paid solely by the buyer. The Trustee shall also reimburse Motley's to remove and to secure the Personal Property, which amount is $150.00.

4828-3469-0146.1

**Motion to Approve Payment of Commissions and Expenses to Auctioneer**

10. The Trustee seeks to pay Motley's from the sales proceeds in accordance with industry standards. The Trustee submits the commissions are fair and reasonable for marketing and auctioning the Personal Property. The Trustee seeks approval of the commissions and the expenses without further application, which will save the estate the costs to prepare, file and prosecute a separate pleading.

11. The Trustee requests the Court to authorize him to obtain new certificates of title, if necessary, so that he can transfer title to the ultimate buyers.

12. The Trustee requests the Court to waive the stay under Federal Rules of Bankruptcy Procedure 6004(h) ("An order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise."). In the instant case, there are no liens on the Personal Property and no controversy regarding entitlement to the sale proceeds. Accordingly, cause exists for the Court to exercise its discretion and abrogate the 14-day stay.

WHEREFORE, the Trustee requests the Court to authorize the relief sought herein and to award any other related relief the Court deems proper.

**BRUCE E. ROBINSON, TRUSTEE**

By: /s/ Loc Pfeiffer

**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
901 East Byrd Street, Suite 1000
Richmond, VA 23219
Telephone: (804) 644-1700
Loc.pfeiffer@kutakrock.com
  *Counsel for Bruce E. Robinson, Trustee*

4828-3469-0146.1

## NOTICE OF MOTION

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).   If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, you or your attorney must do the following:

1. You must file with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 9013-1 and 2004-1 *no later than May 8, 2018.*

>  Clerk of Court
>  United States Bankruptcy Court
>  701 E. Broad Street
>  Richmond, VA 23219

2. You must also mail a copy to:

>  Loc Pfeiffer, Esq.
>  Kutak Rock LLP
>  901 East Byrd Street, Suite 1000
>  Richmond, Virginia 23219

3. No hearing has been set to consider the Motion.  If you object to the Motion, you must file the objection timely.  If a hearing is required, you must attend the hearing in addition to filing a written objection to the Motion.  If you fail to file timely a written response and to attend the hearing, the Court may consider any objection you may have waived and enter an Order granting the relief requested in the Motion.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 16, 2018, a true copy of the foregoing Application was served via the Court's ECF system on all necessary parties and the parties on the attached Service List.

>  /s/ Loc Pfeiffer
>  Counsel

## Service List

Acors and Griffith
1603 Darbytown Road
Henrico, VA 23231-0000

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Bank, by and through its servicer
Ally Financial Inc.
c/o Carl A. Eason, Esquire
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

Ally Financial
PO Box 9001951
Louisville, KY 40290-0000

Anthony's Decorative Hardware
2219 Tomlynn Street
Richmond, VA 23230-0000

Appliance Contract Sale
1328 Gaskins Road
Richmond, VA 23238

Appliance Contract Sales
1328 Gaskins Road
Henrico, VA 23238-0000

Architectural Custom Woodwork Inc.
44 Plaza Dr.
Manakin-Sabot, VA 23103

Big Wheel Painting
13429 Namozine Road
Amelia, VA 23002-0000

Bremac
8133 Mechanisville Turnpike
Mechanicsville, VA 23111-0000

Bremac, Inc.
c/o Edward S. Whitlock, III, Esq.

Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, VA 23060

Breslin LLC
8273 Franklin Lane
Mechanicsville, VA 23111-0000

Bruce Robertson Land Surveying
P.O. Box 35311
Richmond, VA 23235-0000

Builders First Source
1225 Tappahannock Blvd.
Tappahannock, VA 22560-0000

Capital One
PO Box 30285
Salt Lake City, UT 84130-0000

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Carrol Plumbing and Heating
8141 Virginia Pine Court
Richmond, VA 23237-0000

Chase Bank
PO Box 15298
Wilmington, DE 19850-0000

Comcast
Attn: Bankruptcy
PO Box 3012
Southeastern, PA 19398-0000

Costen Floors
9840 Maryland Drive
Henrico, VA 23233-0000

5

DBC Construction, Inc.
PO Box 2231
Ashland, VA 23005-0000

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

Discover Business
PO Box 30943
Salt Lake City, UT 84130-0000

Eagle Landscaping
3235 Friars Walk Lane
Glen Allen, VA 23059-0000

Eagle Landscaping, LLC
7807 Wistar Woods PL
Henrico, VA 23228

ECS Mid Atlantic
2119 D Hamilton Street
Richmond, VA 23230-0000

Foster Plumbing and Heating
11301 Business Center Drive
Richmond, VA 23235-0000

Glen Allen Glass & Mirror
14411 Ashland Road
Glen Allen, VA 23059-0000

Glen Allen Glass & Mirror, LLC
c/o Edward S. Whitlock, III, Esq.
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, VA 23060

Gray's Plumbing
8044 Old Dutch Lane
Mechanicsville, VA 23111-0000

Green Solutions LLC
4607 Leonard Parkway
Richmond, VA 23226-0000

Hardesty Construction
14430 Sommerville Court
Suite B
Midlothian, VA 23113-0000

Harding Masonry
7810 Silktree Place
Mechanicsville, VA 23111-0000

Harper Services, Inc.
1506 Bexhill Road
Henrico, VA 23229-0000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-0000

J. William Gray, Jr.
103 Running Cedar Circle
Henrico, VA 23229-0000

John W Gray Jr
JW Gray
103 Running Cedar Cir.
Richmond, VA 23229

Kerschbamer Woodworking, Inc
1701 12th Street
Lynchburg, VA 24501-0000

Lafayette Ayers & Whitlock
10160 Staples Mill Road
Suite 105
Glen Allen, VA 23060-0000

Layman Brothers
2409 New Dorset Terrace
Powhatan, VA 23139-0000

Martin Star Cabinetry and Desi
1610 W Main Street
Richmond, VA 23220-0000

6

Mason Electric
8820 Winterpock Road
Chesterfield, VA 23832-0000

McLaughlin Building Associates
2093 Dabney Road
Richmond, VA 23230-0000

Metro Electric
6407 Mallory Drive
Richmond, VA 23226-0000

Michael & Janice Locher
12 Westham Parkway
Richmond, VA 23229

Michael and Bevin Kehoe
4 Calycanthus Road
Richmond, VA 23221-0000

Mike and Janice Locher
12 Westham Parkway
Henrico, VA 23229-0000

Morris Tile Distributors
2280 Dabney Road
Richmond, VA 23230-0000

Office of Reorganization
SEC
3475 Lenox Road, NE, Ste. 1002
Atlanta, GA 30326-7625

Phase II Construction
Stephen G. Condrey
15181 Whispering Springs Pl.
Montpelier, VA 23192

Phase II Contruction
15181 Whispering Springs Place
Montpelier, VA 23192-0000

Rich and Bradley Crawford
104 Windsor Way
Richmond, VA 23221-0000

S.B. Cox, Inc.
901 Potomac Street
Henrico, VA 23231-0000

Sanjay Bhagchandani
214 Canterbury Road
Richmond, VA 23221-0000

Sharon Reese / Dan Brown
4530 Village Run Drive
Glen Allen, VA 23060-0000

Sharon Reese / Dan Brown
Canfield, Wells & Kruck, LLP
4124 E Parham Rd
Richmond, VA 23228

Sherman D. King Contracting
PO Box 37143
Richmond, VA 23234-0000

Shower Doors and More
2142 Tomlynn Street
Richmond, VA 23230-0000

Swift Creek Masonry
12207 Princess Mary Terrace
Chesterfield, VA 23838-0000

Tribble Electric
1575 Mountain Road
Glen Allen, VA 23060-0000

Union Bank & Trust
PO Box 940
Ruther Glen, VA 22546-0000

Union Bank & Trust
PO Box 446
Bowling Green, VA 22427-0000

Universal Builders
11215 Church Road
Henrico, VA 23233-0000

4828-3469-0146.1

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-0000

Virginia Building and Remodeli
9608 Goneway Drive
Henrico, VA 23238-0000

4828-3469-0146.1